**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**KURT HELMICH,**

    **Plaintiff,**

**v.**                               **Case No. 4:26-cv-146-AW-MJF**

**D. HARRELSON and RICKY DIXON,**

    **Defendants.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The magistrate judge issued a report and recommendation that concludes Plaintiff violated the court's local rules by failing to disclose his litigation history fully and accurately. ECF No. 5. The magistrate judge recommends dismissal without prejudice as an appropriate sanction. *Id.* Plaintiff has not filed any objection.

Having carefully considered the matter, I agree with the magistrate judge. I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice." The clerk will then close the file.

SO ORDERED on June 1, 2026.

s/ *Allen Winsor*_____
Chief United States District Judge